**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
☒ __5ᵗʰ___ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: Alina Dominguez_____ JOINT DEBTOR:_____ CASE NO.: 13-17967_____
Last Four Digits of SS# 8014_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___36_____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 886.12____ for months ___1___ to __33___;
B. $ 1,713.86__ for months __34___ to __34___;
C. $ 102.78____ for months __35___ to __36___; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,000.00  TOTAL PAID $ 3,500.00_____
Balance Due$ 500.00_ payable $ 15.15_ /month (Months _1-33_) – Paid in prior plan

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Select Portfolio Servicing, Inc.      Pay: $820.08/month (Months 1-33 - $27,062.51) Paid in prior plan
   3815 South West Temple                *Accepted modification outside bankruptcy
   Salt Lake City, UT 84115-4412         *Direct pay begins month 35
   Acc#xxxx4331

2. Wells Fargo Bank, N.A.                *to be treated outside plan
   4101 Wiseman Blvd
   San Antonio, TX 78251
   Acc#xxxx1521

3. Nationstar Mortgage, LLC              *to be treated outside plan
   350 Highland Drive
   Lewisville, TX 75067
   Acc#xxxx5620

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

Unsecured Creditors: Pay $ 30.92_ /month (Months__1_ to __33).($1,020.29 Paid in prior plan)
Pay $ 1,542.47/month (Months _34_) and Pay: $92.50/month (Months 35-36)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/ Alina Dominguez_____          _____
Debtor                                              Joint Debtor
Date:_2/22/2016_____                           Date:_____

LF-31 (rev. 01/08/10)